UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 14-1108 JGB (SPx)** | Date | January 13, 2015 |
|---|---|---|---|

| Title | *Arch Insurance Co. v. PH Ranch LLC, et al.* |
|---|---|

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):

None Present    None Present

**Proceedings:    Second ORDER to Show Cause re: Lack of Prosecution (IN CHAMBERS)**

       Plaintiff filed its Complaint against eight Defendants on June 2, 2014.  (Compl., Doc. No. 1.)  On August 28, 2014, the Court ordered Plaintiff to show cause why this action should not be dismissed for lack of prosecution because Defendants had been served but had not appeared in the action.  (Doc. No. 16.)  On September 2, 2014, Plaintiff filed a request for the Clerk to enter default against all Defendants.  (Doc. No. 17).  The Court discharged the order to show cause, (Doc. No. 18), and the Clerk entered default as to all eight Defendants on September 2, 2014.  (Doc. No. 19).  Since that date, however, Plaintiff has taken no action in the case.

       The Court, on its own motion, ORDERS Plaintiff to show cause in writing on or before **January 26, 2015**, why this matter should not be dismissed without prejudice for failure to prosecute.  See Link v. Wabash R. Co., 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion).  In response to this Order, Plaintiff can file a motion for default judgment pursuant to Federal Rule of Civil Procedure 55 and Local Rules 55-1 to 55-3.  Failure to respond to this Order will be deemed consent to the dismissal of this action without prejudice, pursuant to Federal Rule of Civil Procedure 41(b).

       **IT IS SO ORDERED.**