JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST J. PEDROZA; ARLENE G. PEDROZA; D.M.P., a minor, D.L.P. a minor by and through their Guardian Ad Litem, Jane Ellen Martines<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF RIVERSIDE, et. al.<br><br>　　　　　　Defendants. | Case No. EDCV 13-01800 JGB(DTBx)<br><br>**ORDER OF DISMISSAL**<br><br><br><br>Judge:　　　　　　Jesus G. Bernal<br>Magistrate Judge:　David T. Bristow |

　　COMES NOW, the Court, pursuant to the Joint Stipulation in Support of Dismissal of Entire Action, and upon good cause being shown, hereby orders that this action is hereby dismissed, with prejudice, pursuant to FRCP41(a)(1), with each side to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated : January 4, 2017

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order　　　　　　　　　　　　　　　　　　　　　　　　　　　　EDCV13-01800 JGB(DTBx)